# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VARA,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　　　　　Defendants. | Case No.: 1:24-cv-00746-JLT-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>(Doc. 13) |

Having considered the parties' Joint Stipulation to Amend the Scheduling Order ("Joint Stipulation"), (Doc. 13), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the October 16, 2024, Scheduling Order, (Doc. 12), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | May 23, 2025[2] | July 22, 2025 |
| Expert Disclosures | June 12, 2025 | August 11, 2025 |
| Rebuttal Expert Disclosures | July 7, 2025 | September 5, 2025 |
| Expert Discovery | July 25, 2025 | September 23, 2025 |
| Non-Dispositive Motion Deadline | August 8, 2025 | October 8, 2025 |
| Non-Dispositive Motion Hearing | September 17, 2025 | November 12, 2025 |
| Dispositive Motion Deadline | September 2, 2025 | November 3, 2025 |
| Dispositive Motion Hearing | October 8, 2025 | December 8, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | December 19, 2025 | March 4, 2026 |
| Pre-Trial Conference | February 2, 2026 at 1:30 p.m. | April 6, 2026 at 1:30 p.m. |
| Trial | March 31, 2026 at 8:30 a.m. | June 2, 2026 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **May 27, 2025**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.
[2] This date is continued *nunc pro tunc*.